FRANK RICHARDS, Respondent, v. MINERVA B. RICHARDS et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston and Adel, JJ. [See *ante*, p. 859.]

LUDWIG M. WILSON, Appellant, v. PHILIP ALKIN et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante*, p. 848.]

GRACE BERTILACCIO et al., Respondents, v. CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries suffered by plaintiff wife when she slipped and fell on an icy step of a stairway leading to defendant's railway platform; and by her husband for expenses and loss of services. Judgment, entered on the verdict of a jury in favor of plaintiffs, reversed on the law and the facts, with costs, and the complaint dismissed on the law, with costs. Plaintiffs failed to establish negligence on the part of the defendant in that there was no proof of actual or constructive notice of the condition of the step. In our opinion the decision in *McGuire* v. *Interborough Rapid Transit Co.* (104 App. Div. 105) is inapplicable. Hagarty, Acting P. J., Adel, Lewis, and Aldrich, JJ., concur; Johnston, J., dissents and votes to affirm.

SADIE BREGOFF, Appellant, v. ISIDOR BREGOFF, Respondent.— Order denying appellant's application, under section 1171-b of the Civil Practice Act, for an order directing the entry of judgment for arrears of alimony, and for an allowance of counsel fees in connection with said application, reversed on the facts, with $10 costs and disbursements, and the motion to enter judgment granted, with $10 costs. The motion for counsel fees on the application is remitted to Special Term for reconsideration. The amount of the arrears is not in dispute; nor is it claimed that the obligation has been paid or discharged. Under the facts, the motion should have been granted in the exercise of discretion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

LOUIS COHEN, as Receiver of DARTMOOR REALTY CORP., Respondent, v. BOOTH ESTATES, INC., et al., Appellants, et al., Defendants. (Action No. 1.) — Action by a receiver to set aside a conveyance of real property as fraudulent and granting a preference to a creditor. Interlocutory judgment, entered after trial by the court without a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

MARY J. P. DALTON, Respondent, v. NICHOLAS OLIVER, Appellant.— Pursuant to stipulation appeal discontinued, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.